**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Bobby  Robinson v. Home State County Mutual Insurance Company

Appellate case number:   01-21-00681-CV

Trial court case number:  2010-01278

Trial court:                    55th District Court of Harris County

On December 31, 2021, this Court notified Appellant Bobby Robinson that the appellate filing fee was past due.  The Court advised Appellant that his appeal could be dismissed for failure to pay the appellate fee unless he paid the fee by January 31, 2022 or notified the Court in writing of the reasons he should not pay the fee.  *See* TEX. R. APP. P. 5, 42.3.

To date, Appellant has not paid the appellate filing fee.  On January 3, 2022, Appellant filed a letter "to see if [he is] entitled to 'appeal', [sic] without paying the fee."  We construe Appellant's letter as a motion to proceed as indigent in this Court.  Because Appellant did not comply with Texas Rule of Appellate Procedure 20.1 to establish indigence, he cannot be considered indigent for purposes of paying the appellate filing fee.  Appellant's motion is thus **denied.**

It is **ORDERED** that **no later than 20 days from the date of this order**, Appellant pay the appellate filing fee to the Clerk of this Court or the Court may dismiss the appeal without further notice.  *See* TEX. R. APP. P. 5, 42.3.

It is so ORDERED.


Judge's signature: /s/ Veronica Rivas-Molloy
                          Acting individually


Date:  February 8, 2022